UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JESUS ABIDES CAMPOS** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-CV-00328 |
| | § | |
| **BRYAN COLLIER, TDCJ DIRECTOR,** | § | |
| **and TDCJ-CID DIRECTOR,** | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the February 12, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 17). Judge Hacker made findings and conclusions and recommended that Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), be denied as time-barred and that the case be dismissed, (Dkt. No. 17 at 10). Judge Hacker further recommended that this Court deny Petitioner a certificate of appealability ("COA"). (Dkt. No. 17 at 10).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 17), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), is **DENIED** and the case is **DISMISSED with prejudice**; and

(3) the Court **DECLINES** to issue a certificate of appealability in this matter.

It is SO ORDERED.

Signed on March 3, 2025.

                                             **DREW B. TIPTON**
                                         **UNITED STATES DISTRICT JUDGE**